AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stinnett, Matthew A. | U.S. District Court, Eastern District of Kentucky | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Lexington Courthouse
101 Barr Street
Lexington, KY 40507

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Chrysalis House - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stinnett, Matthew A.** | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stinnett, Matthew A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   JPMorgan Chase Bank (Cash) | | None | K | T | | | | | |
| 3.   NW Mutual Life Ins Policy (whole) | A | Dividend | J | T | | | | | |
| 4.   IRA #1 (H) | | | | | | | | | |
| 5.   Berkshire Hathaway Inc (BRKB) | | None | J | T | | | | | |
| 6.   RETIREMENT ACCT #1 (H) | | | | | | | | | |
| 7.   Lincoln Mgd Prin Protect Portfolio | | None | J | T | | | | | |
| 8.   Stadion Mgd Max Growth SATT | | None | K | T | | | | | |
| 9.   IRA #2 (H) | | | | | | | | | |
| 10.  AMG MANAGERS FAIRPOINTE MID CAP FUND CLASS I (ABMIX) | A | Dividend | | | Sold | 11/25/19 | J | | |
| 11.  BROWN CAPITAL MANAGEMENT SMALL COMPANY FUND INST CL (BCSSX) | | None | J | T | | | | | |
| 12.  COHEN & STEERS REALTY INCOME FUND INSTITUTIONAL CL (CSDIX) | A | Dividend | J | T | Sold (part) | 11/25/19 | J | A | |
| 13.  DEUTSCHE ENHANCED COMDTY STRAT INST (SKIRX) | A | Dividend | J | T | | | | | |
| 14.  FMI FDS INC INTL FD INSTL (FMIYX) | A | Dividend | J | T | | | | | |
| 15.  GOLDMAN SACHS INTERNATIONAL SMALL CAP INSIGHTS FUND CLASS I (GICIX) | A | Dividend | J | T | | | | | |
| 16.  OAKMARK SELECT I (OAKLX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stinnett, Matthew A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. | NEW WORLD FUND-F2 (NFFFX) | A | Dividend | J | T | | | | | |
| 18. | PARNASSUS MID CAP FUND INSTITUTIONAL CLASS (PFPMX) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 19. | PIMCO INCOME FUND CLASS P (PONPX) | A | Dividend | J | T | Sold (part) | 08/19/19 | J | | |
| 20. | PIMCO COMMODITIES PLUS STRATEGY FUND CLASS P (PCLPX) | A | Dividend | J | T | | | | | |
| 21. | ISHARES TR CORE S&P500 ETF (IVV) | B | Dividend | L | T | Sold (part) | 08/19/19 | J | B | |
| 22. | | | | | | Sold (part) | 11/25/19 | J | A | |
| 23. | ISHARES TR CORE S&P MCP ETF (IJH) | A | Dividend | J | T | | | | | |
| 24. | ISHARES TR CORE S&P SMALL-CAP ETF (IJR) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 25. | | | | | | Buy (add'l) | 11/25/19 | J | | |
| 26. | SCHWAB STRATEGIC TR INTL EQTY ETF (SCHF) | A | Dividend | K | T | | | | | |
| 27. | VANGUARD BD INDEX FD INC TOTAL BND MRKT (BND) | A | Dividend | J | T | | | | | |
| 28. | VANGUARD MALVERN FDS SHORT-TERM INFLATION PROTECTED SECS INDEX (VTIP) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 29. | VANGUARD INTL EQUITY INDEX F FTSE EMR MKT ETF (VWO) | A | Dividend | J | T | | | | | |
| 30. | IRA #3 (H) | | | | | | | | | |
| 31. | VAN ECK FDS VAN ECK INDX Y (CMCYX) | A | Dividend | J | T | | | | | |
| 32. | ISHARES TR IBOXX USD INVT GRADE CORP BD ETF (LQD) | A | Dividend | | | Sold | 03/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 33. ISHARES TR CORE S&P MCP ETF (IJH) | A | Dividend | K | T | | | | | |
| 34. ISHARES TR CORE S&P SCP ETF (IJR) | A | Dividend | J | T | Buy (add'l) | 08/19/19 | J | | |
| 35. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 36. ISHARES TR CORE TOTAL USD BD MKT ETF (IUSB) | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 37. | | | | | Sold (part) | 08/19/19 | J | A | |
| 38. SPDR S&P 500 ETF TR TR UNIT (SPY) | A | Dividend | L | T | Sold (part) | 08/19/19 | J | B | |
| 39. | | | | | Sold (part) | 11/25/19 | J | B | |
| 40. VANGUARD BD INDEX FD INC TOTAL BND MARKET (BND) | A | Dividend | | | Sold | 03/18/19 | J | A | |
| 41. VANGUARD FTSE DEVELOPED MARKET ETF (VEA) | B | Dividend | K | T | | | | | |
| 42. VANGUARD MALVERN FDS SHORT-TERM INFLATION PROTECTED (VTIP) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 43. VANGUARD INTL EQUITY INDEX F FTSE EMR MKT ETF (VWO) | A | Dividend | K | T | | | | | |
| 44. VANGUARD INDEX FDS REAL ESTATE ETF (VNQ) | A | Dividend | J | T | Sold (part) | 11/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stinnett, Matthew A.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 7 and 8: These items have no underlying investments.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Stinnett, Matthew A. | 08/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew A. Stinnett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544